**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tavares Lemond GAINER,
Defendant–Appellant.**

**No. 15–11078
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 4, 2015.

Lennard B. Register, III, Robert G. Davies, Jeffrey Tharp, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, Kathryn Dee Risinger, U.S. Attorney's Office, Panama City, FL, for Plaintiff-Appellee.

Michelle Kathleen Daffin, Federal Public Defender's Office, Panama City, FL, Chet Kaufman, Richard Michael Summa, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Tavares Lemond Gainer, Atlanta, GA, pro se.

**659**

Before HULL, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Richard M. Summa, appointed counsel for Tavares Gainer in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gainer's conviction and sentence are **AFFIRMED.**